SENTELLE, Chief Judge, and GINSBURG, HENDERSON, ROGERS, TATEL, GARLAND, and GRIFFITH, Circuit Judges,
concurring in the denial of rehearing en banc:
We decline to en banc this case to determine the role of international law-of-war principles in interpreting the AUMF because, as the various opinions issued in the case indicate, the panel’s discussion of that question is not necessary to the disposition of the merits. See Al-Bihani v. Obama, 590 F.3d 866, 871, 873-74 (D.C.Cir.2010) (panel opinion); id. at 883-85 (Williams, J., concurring in the judgment); Al-Bihani v. Obama, No. 09-5051, slip op. at 1 (D.C.Cir. Aug. 31, 2010) (Kavanaugh, J., concurring in the denial of rehearing en banc); see also Gov’t’s Resp. to Pet. for Reh’g and Reh’g En Banc at 1-2 (stating that the dispute over the role of the law of war does not “change[ ] the outcome”).